STATE OF NEW JERSEY v. VANESSA BRINSON.

December 18, 1985.

Petition for certification denied.

FRANK NICASTRO v. ROSE L. CAPOZZOLI.

December 18, 1985.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF JOHN MA-DIN/LORDLAND DEVELOPMENT INTERNATIONAL FOR PINELANDS DEVELOPMENT APPROVAL.

PLANNING BOARD OF HAMILTON TOWNSHIP, ATLANTIC COUNTY v. NEW JERSEY PINELANDS COMMISSION.

December 18, 1985.

Petition for certification granted.

IN THE MATTER OF THE APPLICATION OF JOHN MA-DIN/LORDLAND DEVELOPMENT INTERNATIONAL FOR PINELANDS DEVELOPMENT APPROVAL.

PLANNING BOARD OF HAMILTON TOWNSHIP, ATLANTIC COUNTY v. JOHN MADIN, ET AL.

December 18, 1985.

Petition for certification granted.